**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JP MORGAN CHASE BANK N.A.      :    No. 428 EAL 2017
(SUBSTITUTED PLANTIFF, GREAT    :
AJAX OPERATING PARTNERSHIP, LP),   :
     :    Petition for Allowance of Appeal from
     Respondent      :    the Order of the Superior Court
     :
     :
     v.      :
     :
     :
KENNETH J. TAGGART,      :
     :
     Petitioner      :
     :
     :
     :
     :

## ORDER

**PER CURIAM**

     **AND NOW,** this 22nd day of February, 2018, the Petition for Allowance of Appeal

is **GRANTED**, limited to the following issue, rephrased for clarity:

     Whether a lender/mortgagee whose first complaint in mortgage foreclosure
     against a borrower/mortgagor was dismissed is required to send a new
     Notice of Intention to Foreclose pursuant to 41 P.S. § 403(a) (Act 6 Notice)
     prior to filing a second complaint in mortgage foreclosure.

     Petitioner's Application to Amend Pleading is also **GRANTED**.